[No. 32455-9-III. Division Three. April 30, 2015.]

SARAH EVERT ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-04688-6, Kathleen M. O'Connor, J., entered March 25, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 71225-0-I. Division One. May 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMMAD DABBAGH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01307-6, Anita L. Farris, J., entered November 22, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Cox, JJ.

[No. 71290-0-I. Division One. May 4, 2015.]

*In the Matter of the Detention of* P.K.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated July 13, 2015. Substitute opinion filed. See 188 Wn. App. 1047.

[No. 71291-8-I. Division One. May 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA O'HARA CARGILL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01971-4, Bruce I. Weiss, J., entered December 11, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Cox, JJ.